IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ALFRED DAVIS,**     Plaintiff, | Civil Action No. 7:13-cv-00604 |
| v. | **ORDER** |
| **NORMAN MOON, et al.,**     Defendants. | By:   Hon. Michael F. Urbanski         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Davis.

Entered:  February 24, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge